■ Robert P. Shaw, Appellant, v. Susan Prestigiacomo et al., Respondents.— Order so far as appealed from unanimously modified to the extent of limiting the dismissal of the third cause of action to the defendant

Calarco and, as so modified, affirmed, without costs. (See *Magonigle Trucking Co.* v. *Tambini,* 302 N. Y. 617.) Concur — Botein, P. J., Rabin, M. M. Frank, Valente and McNally, JJ.